■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL GORDON, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting appellant of violating section 2143 of the Penal Law (labor prohibited on Sunday), in that he conducted the business of washing automobiles on Sunday, unanimously affirmed. (*People* v. *Gowa*, 275 App. Div. 686; *People* v. *Singer*, 278 App. Div. 714.) Present — Nolan, P. J., Wenzel, Murphy, Ughetta and Hallinan, JJ.